**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **H.R.P-O.,** | : | |
| | : | |
| **Petitioner,** | : | **CASE NO:** |
| **v.** | : | **7:26-cv-355–WLS-CHW** |
| | : | |
| **WARDEN, IRWIN COUNTY DETENTION CENTER, *et al.*,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

# ORDER

Before the Court is *pro se* Petitioner's Emergency Motion for A Temporary Restraining Order and Order to Show Cause (Doc. 2) ("TRO Motion"), filed November 9, 2026. Therein, Petitioner seeks a temporary restraining order ("TRO") (1) prohibiting Respondents from transferring Petitioner outside the Middle District of Georgia while this case is pending, (2) ordering Respondents to show cause within three days why Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) ("Habeas Petition") should not be granted, and (3) ordering Respondents to release Petitioner, or to provide him within seven days a bond hearing at which the Government bears the burden of proof by clear and convincing evidence. (Doc. 2 at 1) Petitioner seeks the same relief in his Habeas Petition. (*See* Doc. 1 at 8, Doc. 1-1 at 10–11).

Petitioner's case is similar to the hundreds of other cases this Court has been inundated with over the last several months. While each petitioner personally feels that his or her case is an emergency, most do not qualify for emergency TRO relief. The Court has established an expedited system to determine whether a detainee is entitled to a detention hearing. Indeed, the Court entered an Order (Doc. 4) on November 10, 2026, instructing Respondents to file a Return under 28 U.S.C. § 2243 specifically stating (1) the asserted detention authority for Petitioner, and (2) whether Respondents agree that Petitioner is entitled to a bond hearing under *Hernandez Alvarez v. Warden, Fed. Det. Ctr.*, 175 F.4th 1258 (11th Cir. 2026) and the prior precedent of this Court. *See id.* at 1281 (finding 8 U.S.C. § 1225(b)(2) only applies to those

aliens "who have not yet entered the United States, but are 'seeking admission' at the border"); *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) (same); *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025) (same).

As such, Petitioner's TRO Motion (Doc. 2) is **DENIED as moot**.

**SO ORDERED**, this 10th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**